In the Matter of Francis Smythe, Petitioner, v Brian Fischer, as Commissioner of Corrections and Community Supervision, Respondent. [955 NYS2d 461]—

---

Mercure, J.P., Lahtinen, Spain, Kavanagh and Garry, JJ., concur. Adjudged that the determinations are confirmed, without costs, and the petition dismissed.